**In the Interest of J.H., a minor.**

**Appeal of J.H.**

Supreme Court of Pennsylvania.

Argued April 30, 1998.
Decided May 19, 1998.

Paul W. Miller, Sr. Dep. Public Defender, for J.H.

John F. Cherry, Dist. Atty., Eric R. Augustine, Dep. Dist. Atty., for Com.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

*ORDER*

PER CURIAM:

Appeal dismissed as having been improvidently granted.

CAPPY, J., dissents.